# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **BRANDON L. ROBERTSON,** | ) | Civil Action No. 7:13-cv-00560 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **MATTHEW ROBERTS, <u>et al.</u>,** | ) | By:    **Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN**

from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Plaintiff and counsel of record for Defendants.

Entered:  November 7, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge